Berger, Fischoff & Shumer, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                              Chapter 11

215 HEMPSTEAD REALTY CORP.                                          Case No. 17-

                Debtor                                **AFFIDAVIT PURSUANT
                                                                    TO RULE 1007-4**

-----------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU) ss.;

      Nadide Cakici, being duly sworn, deposes and says:

      1.    I am the Principal of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

      2.    On February 10, 2017 the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

      3.    There are no prior bankruptcy case filings by this Debtor.

      4.    The Debtor is a New York corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. All stock issued and outstanding is common stock of one class. Izzet Cakici is 100% owner of 215 Hempstead Realty Corp.

5. The Debtor owns a commercial property located at 215 Hempstead Avenue, Hempstead, New York 11552.

6. The Debtor intends to use the Chapter 11 process to try and refinance or sell the property.

7. There is no pre-petition creditors committee.

8. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

9. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity.

10. There is a foreclosure proceeding pending against the Debtor entitled Vincent J. Fischetti v. Izzet Cakici, 215 Hempstead Realty Corp., et al, Nassau County Index No.: 600445/2016.

11. The Debtor's assets will be included on the Debtor's Schedule B - Personal Property filed simultaneously herewith.

12. The debtor's assets and liabilities will be included on the debtor's Schedules to be filed simultaneously herewith.

Sworn to before me this
6th day of February, 2017

_____
Notary Public

215 HEMPSTEAD REALTY CORP.

_____
By: Nadide Cakici

BRIAN P. SCHECHTER
Notary Public, State Of New York
No. 02SC4981650
Qualified In Nassau County
Commission Expires May 13, 20 19